UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA         :

         v.                      :
                                         19 Cr.
ISIS MARIE CAPRE FRANCESHI,      :
    a/k/a "Marie Capre,"             19 CRIM 794
    a/k/a "Camilla Febus,"       :
    a/k/a "Isis Marie Reid,"
    a/k/a "Melissa Webster,"     :

         Defendant.              :
- - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1349, 1343, and 1028A(a)(1), being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                            *Isis M. Capre*
                                            Defendant

                                            [signature]
                                            Counsel for Defendant

Date:     New York, New York
            October 31, 2019

0202