UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 794-1 (KPF) |
| ISIS MARIE CAPRE FRANCESHI, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a sentencing in this matter on **January 26, 2023, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendant's sentencing submission shall be due two weeks prior to sentencing, and the Government's sentencing submission shall be due one week prior to sentencing.

SO ORDERED.

Dated:  September 13, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge