**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 14, 2022

**BY ECF**

The Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Isis Marie Capre Franchesi**
**19 CR 794 (KPF)**

Dear Judge Failla:

I write with the consent of the Government to request the Court adjourn Ms. Capre Franchesi's sentencing, currently scheduled for January 26, 2023 to March 15, 2023 at 3 PM. This adjourn is necessary due to defense counsel's trial schedule. Thank you for your consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733