**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 14, 2022

**BY ECF**

The Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, NY 10007



MEMO ENDORSED

Re:  **United States v. Isis Marie Capre Franchesi**
     **19 CR 794 (KPF)**

Dear Judge Failla:

I write with the consent of the Government to request the Court adjourn Ms. Capre Franchesi's sentencing, currently scheduled for January 26, 2023 to March 15, 2023 at 3 PM. This adjourn is necessary due to defense counsel's trial schedule. Thank you for your consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

```
Application GRANTED.  Defendant's sentencing submission shall be due on
or before March 1, 2023, and the Government's sentencing submission
shall be due on or before March 8, 2023.  The Clerk of Court is directed
to terminate the pending motion at docket number 123.

Dated:    December 15, 2022               SO ORDERED.
          New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE
```